1  MICHAEL J. AGOGLIA (CA SBN 154810)
   STUART C. PLUNKETT (CA SBN 187971)
2  RITA F. LIN (CA SBN 236220)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5  E-mail: magoglia@mofo.com

6  Attorneys for Defendant
   PMI MORTGAGE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HOGAN, DAVID HOGAN, KAY CARTWRIGHT, and WILLIAM CARTWRIGHT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PMI MORTGAGE INSURANCE CO.,<br><br>Defendant. | Case No. C 05 3851 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER REGARDING SCHEDULE OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. Phyllis J. Hamilton |

STIPULATION REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION
Case No. C 05 3851 PJH
sf-2073421

Pursuant to this Court's January 27, 2006 Order, and Local Rule 7-12, it is hereby stipulated by and between plaintiffs Michelle Hogan, David Hogan, Kay Cartwright, and William Cartwright and defendant PMI Mortgage Insurance Company, through their respective attorneys, that:

1. The last day for discovery relating to class certification will be July 19, 2006;

2. The last day for plaintiffs to file a motion for class certification will be August 16, 2006;

3. The last day for defendant to file an opposition to plaintiffs' motion for class certification will be September 13, 2006;

4. The last day for plaintiffs to file a reply to defendants' opposition to the motion for class certification will be September 27, 2006; and

5. The motion for class certification will be heard on October 18, 2006, at 9:00 a.m.

Dated:  February 2, 2006

MICHAEL J. AGOGLIA
STUART C. PLUNKETT
RITA F. LIN
MORRISON & FOERSTER LLP

By: _____/s/_____
Stuart C. Plunkett
Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

Dated: February 2, 2006

STEPHEN L. MEAGHER
JAMES HOYER NEWCOMER &
SMILJANICH, P.A.
DOUGLAS BOWDOIN, P.A.

By: _____/s/_____
Kathleen C. Knight

Attorneys for Plaintiffs
MICHELLE HOGAN, DAVID HOGAN, KAY CARTWRIGHT, and WILLIAM CARTWRIGHT

STIPLUATION REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION    1
Case No. C 05 3851 PJH
sf-2073421

**RULE 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

          /s/ Rita Lin
          Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 3, 2006

_____
Hamilton
Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION
Case No. C 05 3851 PJH
sf-2073421

2