1  MICHAEL J. AGOGLIA (CA SBN 154810)
   STUART C. PLUNKETT (CA SBN 187971)
2  RITA F. LIN (CA SBN 236220)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5  E-mail: magoglia@mofo.com

6  Attorneys for Defendant
   PMI MORTGAGE INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHELLE HOGAN, DAVID HOGAN, KAY          Case No. C 05 3851 PJH
   CARTWRIGHT, and WILLIAM
12 CARTWRIGHT, on Behalf of Themselves and   **CLASS ACTION**
   All Others Similarly Situated,
13                                           **STIPULATION AND [PROPOSED]**
              Plaintiffs,                    **ORDER TO EXTEND TIME TO**
14                                           **RESPOND TO AMENDED**
        v.                                   **COMPLAINT**
15
   PMI MORTGAGE INSURANCE COMPANY,
16
              Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
Case No. C 05 3851 PJH
sf-2136937

1  Pursuant to Local Rule 6-1(a), and Federal Rule of Civil Procedure 12(a), it is hereby
2  stipulated by and between plaintiffs Michelle Hogan, David Hogan, Kay Cartwright, and William
3  Cartwright and defendant PMI Mortgage Insurance Company, through their respective attorneys,
4  that the time by which defendant PMI Mortgage Insurance Company may plead or otherwise
5  respond to the Amended Complaint shall be extended to and include June 2, 2006.  The stipulated
6  extension does not affect any other event or deadline already fixed by Court order.
7  I, Rita F. Lin, am the ECF user whose ID and password are being used to file this
8  Stipulation and [Proposed] Order to Extend Time to Respond to Amended Complaint.  In
9  compliance with General Order 45.X.B, I hereby attest that Kathleen Knight has concurred in this
10  filing.

Dated: May 26, 2006

MICHAEL J. AGOGLIA
STUART C. PLUNKETT
RITA F. LIN
MORRISON & FOERSTER LLP


By:    /s/
       Rita F. Lin

Attorneys for Defendant
PMI MORTGAGE INSURANCE
COMPANY

Dated: May 26, 2006

STEPHEN L. MEAGHER
JAMES HOYER NEWCOMER &
SMILJANICH, P.A.
DOUGLAS BOWDOIN, P.A.


By:    /s/
       Kathleen Knight

Attorneys for Plaintiffs
MICHELLE HOGAN, DAVID
HOGAN, KAY CARTWRIGHT, and
WILLIAM CARTWRIGHT

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT   1
Case No. C 05 3851 PJH
sf-2136937

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   Dated: __May 31_____, 2006

                                                    _____
                                                    The Honorable Phyllis J. Hamilton

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton

United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT       1
Case No. C 05 3851 PJH
sf-2136937