**Stephen L. Meagher** CSBN 118188
Law Offices of Stephen L. Meagher
1 Embarcadero Center, Suite 523
San Francisco, CA 94111
Telephone: 415-773-2824
Facsimile:  415-773-2825
Email: slm@meagherlawoffices.com

**Terry A. Smiljanich** (Fla. Bar No. 145359)
(Appearance *Pro Hac Vice*)
**Kathleen Clark Knight** (Fla. Bar No. 0047120)
(Appearance *Pro Hac Vice*)
**Tamra Carsten Givens** (Fla. Bar No. 0657638)
(Appearance *Pro Hac Vice*)
James Hoyer Newcomer & Smiljanich, P.A.
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Telephone: 813-286-4100
Facsimile:  813-286-4174
Email: tsmiljanich@jameshoyer.com

**Douglas Bowdoin** (Fla. Bar No. 310360)
Douglas Bowdoin, P.A.
255 South Orange Ave., Suite 800
Orlando, FL 33801
Telephone: 407-422-0025
Facsimile: 407-843-2448
Email: dbowdoin@bowdoinlaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHELLE HOGAN, DAVID HOGAN, KAY CARTWRIGHT, and WILLIAM CARTWRIGHT** On Behalf of Themselves And All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **PMI MORTGAGE INSURANCE COMPANY,** <br><br> Defendant. | **CASE** NO. 05-CV-3851 PJH <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** AND ORDER |

PLEASE TAKE NOTICE that Terry A. Smiljanich and Tamra Carsten Givens shall be substituted in place of Kathleen Clark Knight, as attorney of record for Plaintiff John S. White in the above-captioned matter.  All future pleadings, correspondence and other matters pertaining to this case should now be directed to Terry A. Smiljanich and Tamra Carsten Givens, James, Hoyer, Newcomer & Smiljanich, P.A., 4830 W. Kennedy Boulevard, Suite 550, Tampa, Florida 33609-2589.

**Dated:**   June 1, 2006               Respectfully Submitted,

JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.

*/s/ Kathleen Clark Knight*
Terry A. Smiljanich
Florida Bar No. 145359
Kathleen Clark Knight
Florida Bar No. 0047120
Tamra Carsten Givens
Florida Bar No. 0657638
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174
Email: tsmiljanich@jameshoyer.com
         kknight@jameshoyer.com
         tgivens@jameshoyer.com



6/2/06

Law Offices of Stephen L. Meagher
Stephen L.  Meagher CSBN 118188
1 Embarcadero Center, Suite 523
San Francisco, CA 94111
Telephone: 415-773-2824
Facsimile:  415-773-2825
Email: slm@meagherlawoffices.com

DOUGLAS BOWDOIN, PA
Douglas Bowdoin
Suite 800, Citrus Center
255 S. Orange Avenue
Orlando, FL 32801
Telephone:  (407) 422-0025
Facsimile: (407) 843-2448
Email: dbowdoin@bowdoinlaw.com

Counsel for Plaintiffs

## PROOF OF SERVICE

I, Diane Einsmann, declare as follows:

I, am a resident of the State of Florida, over the age of eighteen years, and not a party to the within action. My business address is James, Hoyer, Newcomer & Smiljanich, P.A., 4830 W. Kennedy Blvd., Suite 550, Tampa, Florida 33609.

On June 1, 2006, at Tampa, Florida, I served the following document(s) listed below as follows:

Notice of Substitution of Counsel

### SEE ATTACHED LIST

☐ BY PERSONAL SERVICE: I caused a true and correct copy of the document(s) to be delivered to the persons shown on the attached list.

☐ BY OVERNIGHT MAIL: I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list.

☐ BY U.S. MAIL: I placed a true and correct copy of the document(s) in a sealed envelope with first class postage fully prepaid in the United States Mail at Tampa, Hillsborough County, Florida, addressed as shown on the attached list.

▶ BY ELECTRONIC FILING: I transmitted by electronic filing a true and correct copy of the above referenced documents to the persons shown on the attached list.

Michael J. Agoglia
Stuart C. Plunkett
Rita F. Lin
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

I am readily familiar with James, Hoyer's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Executed on June 1, 2006, at Tampa, Florida.

*/s/ Diane Einsmann*
DIANE EINSMANN

**Notice of Substitution of Counsel – Case No. 05-cv-3851 PJH**   2