1  MICHAEL J. AGOGLIA (CA SBN 154810)
   STUART C. PLUNKETT (CA SBN 187971)
2  RITA F. LIN (CA SBN 236220)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5  E-mail: magoglia@mofo.com

6  Attorneys for Defendant
   PMI MORTGAGE INSURANCE CO.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHELLE HOGAN, DAVID HOGAN, KAY CARTWRIGHT, and WILLIAM CARTWRIGHT, on Behalf of Themselves and All Others Similarly Situated, | Case No. C 05 3851 PJH |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF SCHEDULE FOR CLASS CERTIFICATION DISCOVERY AND BRIEFING** |
| PMI MORTGAGE INSURANCE CO., | |
| Defendant. | Judge:   Hon. Phyllis J. Hamilton |

STIPLUATION RE CONTINUING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE
Case No. C 05 3851 PJH
sf-2153107

Pursuant to Local Rule 7-12, plaintiffs Michelle Hogan, David Hogan, Kay Cartwright, and William Cartwright and defendant PMI Mortgage Insurance Company, through their respective attorneys, hereby stipulate as follows:

1. The parties request that the Court continue the deadlines for class certification discovery and briefing to allow the parties an opportunity to conduct a mediation.

2. The parties have agreed to mediate this matter before the Honorable Edward Infante (Ret.) on July 28, 2006. The parties wish to avoid having to incur the costs of discovery and preparation of class certification briefing pending the outcome of the mediation.

3. Pursuant to the Court's February 3, 2006 order, the current deadlines are as follows:

- The last day for discovery relating to class certification is July 19, 2006.
- The last day for plaintiffs' motion for class certification is August 16, 2006.
- The last day for defendant's opposition to class certification is September 13, 2006.
- The last day for plaintiffs' reply to defendants' opposition to class certification is September 27, 2006.
- The motion for class certification is scheduled for October 18, 2006, at 9:00 a.m.

4. The parties request that the Court continue those deadlines as follows to allow the parties to focus its/his and her resources on the July 28, 2006 mediation:

- The last day for discovery relating to class certification will be September 1, 2006.
- The last day for plaintiffs' motion for class certification will be September 27, 2006.
- The last day for defendant's opposition to class certification will be October 25, 2006.
- The last day for plaintiffs' reply to defendants' opposition to class certification will be November 8, 2006.
- The motion for class certification will be scheduled for hearing on November 29, 2006, at 9:00 a.m.

STIPLUATION RE CONTINUING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE   1
Case No. C 05 3851 PJH
sf-2153107

| | |
|---|---|
| Dated: July 5, 2006 | MICHAEL J. AGOGLIA<br>STUART C. PLUNKETT<br>RITA F. LIN<br>MORRISON & FOERSTER LLP |
| | By: _____/s/_____<br>        Michael J. Agoglia |
| | Attorneys for Defendant<br>PMI MORTGAGE INSURANCE CO. |
| Dated: June 28, 2006 | STEPHEN L. MEAGHER<br>JAMES HOYER NEWCOMER &<br>SMILJANICH, P.A.<br>DOUGLAS BOWDOIN, P.A. |
| | By: _____/s/_____<br>        Tamra Givens |
| | Attorneys for Plaintiffs<br>MICHELLE HOGAN, DAVID HOGAN, KAY CARTWRIGHT, and WILLIAM CARTWRIGHT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 10__, 2006

_____
The Honorable Phyllis J. Hamilton
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California]*

**RULE 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

_____/s/ Michael Agoglia_____
Attorney for Defendant

STIPLUATION RE CONTINUING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE   2
Case No. C 05 3851 PJH
sf-2153107