1  MICHAEL J. AGOGLIA (CA SBN 154810)
   STUART C. PLUNKETT (CA SBN 187971)
2  RITA F. LIN (CA SBN 236220)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5  E-mail: magoglia@mofo.com

6  Attorneys for Defendant
   PMI MORTGAGE INSURANCE CO.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHELLE HOGAN, DAVID HOGAN, KAY        Case No. C 05 3851 PJH
   CARTWRIGHT, and WILLIAM
12 CARTWRIGHT, on Behalf of Themselves and **CLASS ACTION**
   All Others Similarly Situated,
13                                         **STIPULATION AND [PROPOSED]**
                  Plaintiffs,              **ORDER REGARDING**
14                                         **SUSPENSION OF CASE**
        v.                                 **MANAGEMENT SCHEDULE**
15                                         **PENDING SUBMISSION OF**
   PMI MORTGAGE INSURANCE CO.,             **SETTLEMENT**
16
                  Defendant.               Judge:   Hon. Phyllis J. Hamilton
17

STIPLUATION RE SUSPENDING CASE MANAGEMENT SCHEDULE
Case No. C 05 3851 PJH
sf-2181182

Pursuant to Local Rule 7-12, plaintiffs Michelle Hogan, David Hogan, Kay Cartwright, and William Cartwright and defendant PMI Mortgage Insurance Co. (collectively the "Parties"), through their respective attorneys, hereby stipulate as follows:

1.  The Parties attended a mediation this matter before the Honorable Edward Infante (Ret.), which began in-person on July 28, 2006.  Following the mediation, the Parties reached an agreement in principle to resolve this action, and anticipate filing papers in the next 30 to 60 days seeking preliminary approval of the settlement by the Court.

2.  Under the existing case management order dated July 10, 2006 ("Order"), the Parties have until September 1, 2006 to complete discovery related to class certification, and plaintiffs are required to filed any motion for class certification by September 27, 2006.

3.  Because the Parties have agreed to resolve this matter, and to allow time to document the settlement and related submissions, the Parties jointly request that the Court suspend the schedule for class certification discovery and briefing set in its Order pending the Court's consideration of the Parties' settlement in this matter.

Dated:  August 22, 2006                MORRISON & FOERSTER LLP


                                       By:  _____/s/_____
                                                 Rita F. Lin

                                       Attorneys for Defendant
                                       PMI MORTGAGE INSURANCE CO.

| | |
|---|---|
| Dated: August 22, 2006 | STEPHEN L. MEAGHER<br>JAMES HOYER NEWCOMER &<br>SMILJANICH, P.A.<br>DOUGLAS BOWDOIN, P.A. |
| | By:  /s/ <br>        Jill Bowman |
| | Attorneys for Plaintiffs<br>MICHELLE HOGAN, DAVID<br>HOGAN, KAY CARTWRIGHT, and<br>WILLIAM CARTWRIGHT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 22, 2006    SETTLEMENT PAPERS OR STATUS REPORT
                          DUE OCTOBER 23, 2006

_____
The Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

                  /s/ Rita Lin
                  Attorney for Defendant

---

STIPLUATION RE SUSPENDING CASE MANAGEMENT SCHEDULE                    2
Case No. C 05 3851 PJH
sf-2181182