1  **Stephen L. Meagher** CSBN 118188
Law Offices of Stephen L. Meagher
2  1 Embarcadero Center, Suite 523
San Francisco, CA 94111
3  Telephone: 415-773-2824
Facsimile: 415-773-2825
4  Email: slm@meagherlawoffices.com

5  **Terry A. Smiljanich** (Fla. Bar No. 145359)
(Appearance *Pro Hac Vice*)
6  **Jill H. Bowman** (Fla. Bar No. 0057304)
(Appearance *Pro Hac Vice)*
7  **Tamra Carsten Givens** (Fla. Bar No. 0657638)
(Appearance *Pro Hac Vice*)
8  James Hoyer Newcomer & Smiljanich, P.A.
4830 W. Kennedy Blvd., Suite 550
9  Tampa, FL 33609
Telephone: 813-286-4100
10  Facsimile: 813-286-4174
Email: tsmiljanich@jameshoyer.com
11
**Douglas Bowdoin** (Fla. Bar No. 310360)
12  Douglas Bowdoin, P.A.
255 South Orange Ave., Suite 800
13  Orlando, FL 33801
Telephone: 407-422-0025
14  Facsimile: 407-843-2448
Email: dbowdoin@bowdoinlaw.com

15

16
                    **UNITED STATES DISTRICT COURT**
17                  **NORTHERN DISTRICT OF CALIFORNIA**

18

19  **MICHELLE HOGAN, DAVID HOGAN,**
**KAY CARTWRIGHT, and WILLIAM**       **CASE NO. 05-CV-3851 PJH**
**CARTWRIGHT**
20  On Behalf of Themselves And All Others
Similarly Situated,
21
                        Plaintiffs,
22
vs.                                    **STATUS REPORT ON SETTLEMENT**
23                                      AND ORDER

**PMI MORTGAGE INSURANCE**
24  **COMPANY**,

25                        Defendant.
        _____/
26

27

28

1   Since the entry of the order suspending the Case Management Schedule, dated August 22,

2   2006, the parties have diligently worked on the preparation of class action settlement documents

3   to present to the Court, and have exchanged drafts. All aspects of the settlement have been agreed

4   to, and the parties are in the process of creating final settlement documents for filing with the

5   Court. It is expected that such documents can be filed with the Court by November 7, 2006, and

6   the parties ask for a further extension in order to allow such final documents to be prepared.

7

8   Dated: October 24, 2006                          JAMES HOYER NEWCOMER &
                                                       SMILJANICH, P.A.
9
                                                       BY: */s/Terry A. Smiljanich*
10                                                     Terry A. Smiljanich

11
                **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12

13          10/26/06
     **DATED:**_____
14

15                                       _____
                                         **The Honorable Ph**
16                                       **United States Distri**

17
                **GENERAL ORDER 45 ATTESTATION**
18
     In accordance with General Order 45, concurrence in the filing of this document has been
19
     obtained from each of the other signatories and I shall maintain records to support this
20
     concurrence for subsequent production for the Court if so ordered, or for inspection upon request
21
     by a party.
22
                                         */s/Terry A. Smiljanich*
23                                       Attorney for Plaintiffs

24

25

26

27

28