MICHAEL J. AGOGLIA (CA SBN 154810)
RITA F. LIN (CA SBN 236220)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: magoglia@mofo.com

Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HOGAN, DAVID HOGAN, KAY CARTWRIGHT, and WILLIAM CARTWRIGHT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PMI MORTGAGE INSURANCE CO.,<br><br>Defendant. | Case No. C 05 3851 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:   Hon. Phyllis J. Hamilton |

STIPLUATION RE MOTION FOR PRELIMINARY APPROVAL
Case No. C 05 3851 PJH

1  Pursuant to Local Rule 7-12, plaintiffs Michelle Hogan, David Hogan, Kay Cartwright, and William Cartwright and defendant PMI Mortgage Insurance Co. (collectively the "Parties"), through their respective attorneys, hereby stipulate as follows:

   1. The Parties agree that the motion for preliminary approval of the class settlement in this matter should be set for hearing on December 13, 2006, at 9:00 a.m.; and

   2. The Parties further agree to submit that motion and any accompanying papers for preliminary approval by November 15, 2006, and to have it heard on shortened time. The parties do not anticipate submitting opposition or reply papers in connection with that motion, and it has not previously been noticed for hearing.

Dated: November 6, 2006            MORRISON & FOERSTER LLP


                                   By:    /s/
                                          Michael J. Agoglia

                                   Attorneys for Defendant
                                   PMI MORTGAGE INSURANCE
                                   CO.

Dated: November 6, 2006            STEPHEN L. MEAGHER
                                   JAMES HOYER NEWCOMER &
                                   SMILJANICH, P.A.
                                   DOUGLAS BOWDOIN, P.A.


                                   By:    /s/
                                          Terry A. Smiljanich

                                   Attorneys for Plaintiffs
                                   MICHELLE HOGAN, DAVID
                                   HOGAN, KAY CARTWRIGHT, and
                                   WILLIAM CARTWRIGHT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November  7 , 2006

                                           _____
                                           The Honorable Phyllis J. Hamilton
                                           United States District Judge

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

                                          _____/s/ _Michael J. Agoglia_____
                                                      Attorney for Defendant